### 32031. UNDERWOOD v. THE STATE.

MACINTYRE, P. J. The ruling in *Underwood* v. *State*, ante, is controlling on the issues in the present case, and we can add nothing to what has been said in that decision on the subject. The court did not err in overruling the motion for a new trial for any of the reasons assigned.

*Judgment affirmed. Gardner and Townsend, JJ., concur.*

DECIDED SEPTEMBER 25, 1948.

*J. Roy Rowland,* for plaintiff in error.

*W. W. Larsen, Solicitor-General,* contra.